[Docket No. 17]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| CHERRY HILL TOWNE CENTER PARTNERS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> GS PARK RACING, L.P., GREENWOOD NEW JERSEY, INC., GREENWOOD RACING, INC., <br><br> Defendants. | Civ. No. 18-12868 (RMB/KMW) <br><br> **ORDER** |

This matter came before the Court upon Defendants' Motion for Preliminary Injunction [Dkt. No. 17].

For the reasons set forth in the accompanying Opinion of the same date,

IT IS on this **4th** day of **September 2019**, hereby **ORDERED** that Defendants' Motion for Preliminary Injunction is **DENIED**.

s/ Renée Marie Bumb
_____
RENÉE MARIE BUMB
UNITED STATES DISTRICT JUDGE

1